# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 08md1988 DMS (LSP) <br> CASE NO. 09cv0293 DMS (LSP) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| STATE OF WEST VIRGINIA ex rel. DARRELL V. MCGRAW, JR., ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; *et al.* <br><br> Defendants. | |

This matter comes before the Court on Plaintiff's motion to remand this case to state court. The corporate Defendants filed an opposition to the motion, but have since entered into a Consent Decree. Defendant Mozilo filed a joinder in the opposition to the motion, but has since withdrawn that joinder. In light of the Consent Decree and Defendant Mozilo's withdrawal of his joinder to the opposition, the motion to remand is currently unopposed. Accordingly, the court grants Plaintiff's motion to remand this case to state court. Pursuant to 28 U.S.C. § 1446(c), the Clerk of Court shall

/ / /

/ / /

provide a certified copy of this order to the clerk of the Circuit Court of Putnam County, West Virginia, and thereafter close this case.

**IT IS SO ORDERED**.

DATED: March 2, 2009

HON. DANA M. SABRAW
United States District Judge